UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**SECURITIES AND EXCHANGE COMMISSION,**
                                        **Plaintiff,**

        v.

**LUIS JIMENEZ CARRILLO, AMAR BAHADOORSINGH, JUSTIN ROGER WALL, and JAMIE SAMUEL WILSON,**
                                        **Defendants,**

**and**

**HAYDEE YOLANDA SANCHEZ DIAZ MONGE, MARTHA Y. JIMENEZ TRUST, and CHARLES A. CARRILLO TRUST,**

                                        **Relief Defendants.**

Civil Action No. 21-cv-11272-___

## PLAINTIFF'S MOTION FOR AN
## ORDER FREEZING ASSETS AND OTHER EQUITABLE RELIEF

Pursuant to Fed. R. Civ. P. 65(b), plaintiff United States Securities and Exchange Commission (the "Commission") hereby files this motion for entry of an order freezing assets belonging to, controlled by, or used for the benefit of, defendant Luis Jimenez Carrillo ("Carrillo") and permitting alternative service of the pleadings in this case on all defendants. A proposed form of Order is attached hereto. In support of this motion, the Commission submits the accompanying memorandum of law, the declaration of Trevor Donelan and six exhibits to accompany that declaration.

WHEREFORE, the Commission respectfully requests that the Court enter the proposed Order Freezing Assets and for Other Equitable Relief filed herewith.

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION
By its attorneys,

/s/ Kathleen Burdette Shields
Kathleen Burdette Shields (Mass Bar No. 637438)
Eric A. Forni (Mass Bar No. 669685)
Susan Anderson (DC Bar No. 978173)
Amy Gwiazda (Mass Bar No.663494)
SECURITIES AND EXCHANGE COMMISSION
Boston Regional Office
33 Arch St., 24th Floor
Boston, MA 02110
Phone: (617) 573-8904 (Shields direct);
(617) 573-8827 (Forni direct);
(617) 573-4538 (Anderson direct)
Fax: (617) 573-4590 (fax)
shieldska@sec.gov; fornie@sec.gov;
andersonsu@sec.gov

DATED: August 4, 2021

## Certificate of Service

I hereby certify that, on August 4, 2021, a true and correct copy of the foregoing document, the supporting memorandum of law, the proposed order and the supporting declaration of Trevor Donelan and its exhibits were filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case. In addition, the Commission will serve a copy of the foregoing document on the following individuals and entities, who are not represented or registered to receive electronic notices in this case, by the following means:

**Defendants:**
Luis Carrillo
>By email to counsel who represented Carrillo in past Commission matters but whose representation is uncertain in this case

Amar Bahadoorsingh
>By email to counsel who represented Bahadoorsingh during a related investigation, but whose representation in this matter is uncertain and by email addresses used in connection with his companies and/or bank or brokerage accounts

Justin Roger Wall

By email addresses used in connection with his companies and/or brokerage accounts

Jamie Samuel Wilson
By email addresses used in connection with his companies and/or brokerage accounts

Haydee Yolanda Sanchez Diaz Monge
By overnight mail to her address available through public records

Martha Y. Jimenez Trust
By overnight mail to the owners' address of record on real estate documents

Charles A Carrillo Trust
By overnight mail to the owners' address of record on real estate documents

/s/ Kathleen Burdette Shields
Kathleen Burdette Shields