


EXHIBIT 1

# CS01 (ef)

Confirmation Statement

Company Name: **PALLETCORE LIMITED**
Company Number: **08122932**

Received for filing in Electronic Format on the: **22/07/2016**



X5BQLN9O

---

Company Name: **PALLETCORE LIMITED**

Company Number: **08122932**

Confirmation Statement date: 22/07/2016

---

**Electronically filed document for Company Number:** 08122932     Page: 1

JB-000284

## Statement of Capital (Share Capital)

| | | | |
|---|---|---|---|
| **Class of Shares:** | **ORDINARY** | Number allotted | **100** |
| Currency: | **GBP** | Aggregate nominal value: | **100** |

Prescribed particulars

**FULL RIGHTS TO RECEIVE NOTICE OF, ATTEND AND VOTE AT GENERAL MEETINGS. ONE SHARE CARRIES ONE VOTE, AND FULL RIGHTS TO DIVIDENDS AND CAPITAL DISTRIBUTIONS (INCLUDING UPON WINDING UP).**

## Statement of Capital (Totals)

| | | | |
|---|---|---|---|
| Currency: | **GBP** | Total number of shares: | **100** |
| | | Total aggregate nominal value: | **100** |
| | | Total aggregate amount unpaid: | **100** |

# Full details of Shareholders

The details below relate to individuals/corporate bodies that were shareholders during the review period or that had ceased to be shareholders since the date of the previous confirmation statement.

A full list of shareholders for a non-traded company are shown below

| | |
|---|---|
| Shareholding 1: | **100 ORDINARY shares held as at the date of this confirmation statement** |
| Name: | **JUSTIN WALL** |
| | |
| Shareholding 2: | **50 transferred on 2016-04-15** |
| | **0 ORDINARY shares held as at the date of this confirmation statement** |
| Name: | **BRETT HURDLEY** |

# Persons with Significant Control (PSC)

## PSC notifications

### Notification Details

| | |
|---|---|
| Date that person became registrable: | 28/06/2016 |
| Name: | **MR JUSTIN ROGER WALL** |

Service address recorded as Company's registered office

| | |
|---|---|
| Country/State Usually Resident: | **ENGLAND** |
| Date of Birth: | ███ 1985 |
| Nationality: | **BRITISH** |

### Nature of control

The person holds, directly or indirectly, 75% or more of the shares in the company.

# Confirmation Statement

I confirm that all information required to be delivered by the company to the registrar in relation to the confirmation period concerned either has been delivered or is being delivered at the same time as the confirmation statement

# Authorisation

Authenticated

This form was authorised by one of the following:

Director, Secretary, Person Authorised, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor