

**EXHIBIT 2**



Electronic Transaction Clearing, Inc.

## REQUEST TO OPEN NEW INTRODUCED ACCOUNT

### Introducing Broker (IB) Information
*Please provide the following information about your Firm (the ETC Client)*

Introducing Broker (your Firm): Glendale Securities, Inc.

Contact at IB for this Account: Name: Jose Abadin

Phone: (818) 907-6581

E-mail: jabadin@glendalesecurities.com

### Fully Disclosed Account Information
*Please provide the following information about the Firm's Client*

Client Name: Cityhawk Limited

Client is formed as a(n): ☐ LLC ☑ Corporation ☐ Partnership ☐ Individual ☐ Joint Account

Client Tax ID: n/a

Client Activity Type: ☐ Black Box ☐ Trader ☑ Retail ☐ Professional Trading Firm

Service Bureau(s): _____

Commissions: ☑ Handled by ETC
*Please attach commission schedule or provide commission rate:* _____

☐ Handled by Introducing Broker

Comments:

### Required Documents
*Please provide the following documents for the Firm's Client*

- [✓] Customer Agreement
- [✓] Executed W-9 or W-8
- [✓] Client Authorization Form
- [✓] Commission Schedule *(if applicable)* 3% with a $25 minimum
- [ ] Other: _____

### For ETC Use Only

Account Number: _____

Date Open: _____

- [ ] Institutional Account
- [ ] Compliance notified of State Registration (Non-Institutional Accounts only)
- [ ] Fully Disclosed Notice to Customers (FINRA 4311 Notice) sent

# GLENDALE SECURITIES, INC.

15233 Ventura Boulevard ■ Suite 712 ■ Sherman Oaks, CA 91403
ph: 866.803.7900 U.S. ■ ph: 818.907.1505 INTL. ■ fax 818.907.1506

www.glendalesecurities.com ■ Member FINRA · SIPC

# Glendale Securities, Inc.

## Brokerage Account Application for Corporation
*(Account Carried With Electronic Transaction Clearing, Inc.)*

**Important information.** To help the government fight the funding of terrorism and money-laundering activities, Federal law requires that Glendale Securities, Inc. verify your identity by obtaining your name, date of birth, address, and a government-issued identification number before opening your account. In certain circumstances, Glendale Securities, Inc. may obtain and verify this information with respect to any person(s) authorized to effect transactions in an account. For certain entities, such as trusts, estates, corporations, partnerships, or other organizations, identifying documentation is also required. Your account may be restricted and/or closed if Glendale Securities, Inc. cannot verify this information. Glendale Securities, Inc. will not be responsible for any losses or damages (including, but not limited to, lost opportunities) resulting from any failure to provide this information, or from any restriction placed upon, or closing of, your account.

### Account Setup

This Brokerage Account Application only pertains to Corporations. Types of ownerships are governed by the laws of your state of residence. If you need information about which are appropriate in your state, please consult your state tax officials or your tax advisor. If your entity is not a Corporation, please contact Glendale Securities, Inc. to obtain the appropriate application.

### Account Instructions and Required Documentation

The Brokerage Account Application comes in three basic parts: Main account information (pages 1-6), Certifications and Resolutions (pages 7-8), and Customer and Margin Agreements (pages 9-15). Please complete and sign parts 1 and 2, and read and retain part 3 for your records.

Please also complete and sign the attached Disclosure and Authorization Form (pages 16 - 19).

In addition, please submit a copy of your Certificate/Articles of Incorporation with your application. Glendale Securities, Inc. will not establish an account until all requisite documentation has been received.

### Account will be trading

[✔] Cash        [ ] Margin        [ ] Options

### Entity Account Information

This section is required.

| CITYHAWK LIMITED | | UNITED KINGDOM |
|---|---|---|
| Entity Name | | Country of Organization |
| 096▮▮▮▮▮ | UNITED KINGDOM | N/A |
| Tax ID Number | Country of Tax Residence | Trust Date (Required for Trusts) |

## Entity Account Information (Continued)

**Legal Address** - No P.O. Boxes

| | |
|---|---|
| MANEX | |
| Address Line 1 | |
| 9 CASTLECOURT, 2 CASTLEGATE WAY, DUDLEY | |
| Address Line 2 | |
| WEST MIDLANDS | DY1 4RD |
| City / State / Zip Code | |
| UNITED KINGDOM | |
| Country | |

**Mailing Address**  ✔ Same as legal address

## Suitability

### Financial Profile

| Annual Income | Estimated Net Worth | Investable/Liquid Assets | Account Funding Source |
|---|---|---|---|
| $ 750,000.00 | $ 1,500,000.00 | $ 250,000.00 | ☐ Asset Appreciation |
| | | | ✔ Business Revenue |
| | | | ☐ Sale of Assets |
| | | | ☐ Investors |
| | | | ☐ Other: _____ |

### Investment Profile

**Investment Objectives** – Rank your investment objectives for this account in order of importance (1 being the highest). Review the attached Customer Agreement for important information on investment objectives.

- _4_ Preservation of Capital
- _1_ Income
- _5_ Capital Appreciation
- _2_ Speculation
- _3_ Trading Profits
- ___ Other: _____

## Investment Profile (Continued)

### General Investment Knowledge

- [ ] Limited
- [✔] Good
- [ ] Extensive

### Investment Product Knowledge

Please enter the account holder's level of knowledge in each of the following:

|  | None | Limited | Good | Extensive |
|---|---|---|---|---|
| Stocks | [ ] | [ ] | [✔] | [ ] |
| Bonds | [ ] | [ ] | [✔] | [ ] |
| Options | [ ] | [ ] | [✔] | [ ] |

## Account Characteristics

### Bank Information

BARCLAYS
Bank Name

Bank Account Type: [✔] Checking  [ ] Savings

BARCGB22
ABA Number

▮▮▮701
Account Number

## Statements and Confirmations

Glendale Securities, Inc. will only provide statements and trade confirmations in electronic form. Please initial below to acknowledge that you are aware that all statements and trade confirmations will only be provided electronically.

Initials _SW_

## Privacy

Glendale Securities, Inc. will share your information only when necessary to service your account, or where required by law or regulation. When so sharing your information, Glendale Securities, Inc. adheres to applicable legal and industry standards regarding the protection of personal information. Of course, you are not required to provide or agree to the sharing of any of the personal information that Glendale Securities, Inc. may request. However, failure to do so may result in Glendale Securities, Inc. being unable to open or maintain your account or to provide services to you. Glendale Securities, Inc.'s Privacy Policy is included in the attached Customer Agreement. Please initial below to acknowledge that you have read the Glendale Securities, Inc. Privacy Policy and that you agree to the sharing of your information as described therein.

Initials _SW_

## Third Party Access

### To Third Party (Attach additional sheet if necessary)

Completing this section will be considered your request for Glendale Securities, Inc. to provide electronic access to the documents checked to the party or parties indicated.

Granted Electronic Access: [ ] Statements  [ ] Trade Confirmations

Name

Address

City    State    Zip Code

E-mail    Telephone Number

## Authorized Individual Information

This form is intended to capture required information. Please complete this form for each authorized individual and attach it to the account application. IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT To help the government fight the funding of terrorism and money-laundering activities, Federal law requires that Glendale Securities, Inc. verify your identity by obtaining your name, date of birth, address, and a government-issued identification number before opening your account. In certain circumstances, Glendale Securities, Inc. may obtain and verify this information with respect to any person(s) authorized to effect transactions in an account. For certain entities, such as trusts, estates, corporations, partnerships, or other organizations, identifying documentation is also required. Your account may be restricted and/or closed if Glendale Securities, Inc. cannot verify this information. Glendale Securities, Inc. will not be responsible for any losses or damages (including but not limited to lost opportunities) resulting from any failure to provide this information, or from any restriction placed upon, or closing of, your account.

**Authorized Individual:** JAMIE SAMUEL WILSON
**Social Security Number:** ▮▮▮93B
**Date of Birth:** ▮▮▮1979

**Country of:** [ ] U.S.  [✓] Others (List All): UNITED KINGDOM

**Legal Address** – (Required Information – No P.O. Boxes)
Address Line 1: ▮▮▮
Address Line 2: FARLEY LANE, ROMSLEY, HALESOWEN, B62 0LN
Home Phone: +4477▮▮▮
Work Phone: 
Extension: 

**Government ID** – (Please Submit Photocopy)
[ ] U.S. Driver's License   [✓] Passport
[ ] INS Permanent Resident Alien Card
[ ] Foreign national Identity Document

Government Issued ID # - (Please Submit Photocopy): ▮▮▮
State of Issuance: UK
Issuance Date: ▮▮ AUG 06
Expiration Date: ▮▮ FEB 17

### Affiliations (Attach additional sheet if needed)

Are any principals or authorized individuals:

A senior foreign political figure, or a family member or relative of a senior foreign political figure?
[ ] Yes  [✓] No

A control person or affiliate of a public company under SEC Rule 144 (such as a director, 10% shareholder, or policy-making officer), or an immediate family or household member of such a person?
[ ] Yes  [✓] No    If yes, provide: Company Name ____  Symbol/CUSIP ____

Affiliated with, or employed by, a stock exchange or member firm of an exchange, FINRA, or municipal securities Broker/Dealer?
[ ] Yes  [✓] No

If yes, provide: [ ] Same as My Employer   Affiliated Entity Name ____
Address ____ City ____ State ____ Zip Code ____ Country ____

I represent that I have read the terms and conditions set forth in the Customer Agreement and Margin Agreement concerning this account and agree to be bound by such terms and conditions as are currently in effect as may be amended from time to time. I also acknowledge that the agreements contain a pre-dispute arbitration clause.

Signature: *[signed]*
Date: 11·7·15

## Certification (For Corporate Accounts)

The undersigned Corporation, by JAMIE SAMUEL WILSON  its President, pursuant to the resolutions, a copy of which, certified by the Secretary, is annexed hereto, hereby authorizes Glendale Securities, Inc. to open an account in the name of said Corporation; and the undersigned represents that no other than the Corporation has any interest in such account. The undersigned also encloses herewith your Customer Agreement executed on behalf of the Corporation. This authorization shall continue in force until revoked by the undersigned Corporation by a written notice, addressed to Glendale Securities, Inc. and delivered at 15233 Ventura Boulevard, Suite 712, Sherman Oaks, California 91403

Dated, JULY 10TH 2015

UNITED KINGDOM
City            State

Very truly yours, _____

By JAMIE SAMUEL WILSON
President

I, JAMIE SAMUEL WILSON being the Secretary of CITYHAWK LIMITED hereby certify that the annexed resolutions were duly adopted at a meeting of the Board of Directors of said Corporation, duly held in accordance with its charter and by-laws on the date at which a quorum was at all times present and acting, that said resolutions have not been amended, rescinded or revoked, and are in no way in conflict with any of the provisions of the charter or By-laws of said Corporation.

I further certify that each of the following has been duly elected and is now legally holding the office set opposite his name:

| Name of Officer | Title |
| --- | --- |
| JAMIE SAMUEL WILSON | President |
|  | Vice President |
|  | Treasurer |
| JAMIE SAMUEL WILSON | Secretary |

I further certify that the said Corporation is duly organized and existing and has the power to take the action called for by the resolutions annexed hereto. IN WITNESS WHEREOF, I have hereunto affixed my hand this 10 , day of JULY 20 15 .

(Secretary) _____
JAMIE SAMUEL WILSON

# GLENDALE SECURITIES, INC.

15243 Ventura Boulevard • Suite 712 • Sherman Oaks, CA 91403
ph 866 803 7900 U S • ph 818 907 1505 INTL • fax 818 907 1506

www.glendalesecurities.com • Member FINRA SIPC

## Disclosure and Authorization Form (Please complete one sheet for each Principal)

I hereby authorize Glendale Securities, Inc., Inc. and/or any entity directed by Glendale Securities, Inc. to obtain a credit and background investigation report about me. I understand that a "consumer credit report" includes any information regarding my credit worthiness, credit standing and credit capacity. I further understand and agree that a credit report and/or a background investigation report may be obtained at any time, and any number of times, as Glendale Securities, Inc. in its sole discretion determines is necessary before, during or after my involvement with Glendale Securities, Inc..

I further understand that if I am in the state of California, Minnesota, or Oklahoma, I can receive a free copy of any credit report requested by Glendale Securities, Inc. about me at the same time the report is provided to Glendale Securities, Inc. (check the box below if copy desired).

I hereby authorize all reporting agencies and other persons or entities having information about me to provide such information to Glendale Securities, Inc. or other entity that obtains information for Glendale Securities, Inc.. I further fully release Glendale Securities, Inc., its employees, officers, directors, agents, successors and assigns, and all other parties involved in this background investigation, including but not limited to investigators, credit agencies and those companies or individuals who provide information to Glendale Securities, Inc. concerning me, from any claims or actions for any liability whatsoever related to the process or results of the background investigation.

**Applicant's Signature:** [signed]  **Date:** 11·7·15

**Applicant's Name:** JAMIE SAMUEL WILSON

**Address:** [redacted]

**City:** HALESOWEN  **State:**  **Zip Code:** B62 0LN

**Social Security Number:** [redacted]38  **Birth Date:** [redacted] 1979

California, Oklahoma, and Minnesota only:
[ ] Yes, I wish to receive a copy of any consumer credit report requested about me by Glendale Securities, Inc..

# GLENDALE SECURITIES, INC.

15233 Ventura Boulevard ■ Suite 712 ■ Sherman Oaks, CA 91403
ph: 866.803.7900 U.S. ■ ph: 818.907.1505 INTL. ■ fax: 818.907.1506

www.glendalesecurities.com ■ Member FINRA - SIPC

## Client Authorization Form

**Account Name:** CITYHAWK LIMITED

The Client Authorization Form shows who you are authorizing Glendale Securities Inc. to receive instruction from in the selected areas below. This form must be signed by an Authorized Individual of the Brokerage Account Agreement.

| Name | Email | Telephone | | View Reports | | | |
|---|---|---|---|---|---|---|---|
| JAMIE SAMUEL WILSON | jamie-wilson@sky.com | +4477■■■■■■ | | X | | | |

**Authorized Individual**

By: *[signature]*
Name: JAMIE SAMUEL WILSON
Date: 11.7.2015