File Copy



EXHIBIT 3



# CERTIFICATE OF INCORPORATION
# OF A
# PRIVATE LIMITED COMPANY

Company Number **9685249**

The Registrar of Companies for England and Wales, hereby certifies that

COMMON SENSE HOLDINGS LTD

is this day incorporated under the Companies Act 2006 as a private company, that the company is limited by shares, and the situation of its registered office is in England and Wales

Given at Companies House, Cardiff, on **14th July 2015**



*N09685249U*

The above information was communicated by electronic means and authenticated by the Registrar of Companies under section 1115 of the Companies Act 2006





THE OFFICIAL SEAL OF THE REGISTRAR OF COMPANIES



# IN01(ef)

## Companies House

**Application to register a company**

Received for filing in Electronic Format on the: **13/07/2015**

X4BJBH17

| | |
|---|---|
| Company Name in full: | **COMMON SENSE HOLDINGS LTD** |
| Company Type: | **Private limited by shares** |
| Situation of Registered Office: | **England and Wales** |
| Proposed Register Office Address: | **C/O MAXEX ACCOUNTANTS**<br>**9 CASTLE COURT 2 CASTLE GATE WAY**<br>**DUDLEY**<br>**WEST MIDLANDS**<br>**ENGLAND**<br>**DY1 4RD** |

*I wish to adopt entirely bespoke articles*

# Proposed Officers

## Company Secretary 1

**Type:** Person

**Full forename(s):** JAMIE SAMUEL

**Surname:** WILSON

**Former names:**

**Service Address:**
ROMSLEY
HALESOWEN
UNITED KINGDOM
B62 0LN

**Consented to Act:** Y    **Date authorised:** 14/07/2015    **Authenticated:** YES

*Company Director*  **1**

*Type:*  **Person**
*Full forename(s):*  **JAMIE SAMUEL**

*Surname:*  **WILSON**

*Former names:*

*Service Address:*
▮
**ROMSLEY**
**HALESOWEN**
**UNITED KINGDOM**
**B62 0LN**

*Country/State Usually Resident:*  **UNITED KINGDOM**

*Date of Birth:* ▮**1979**        *Nationality:* **BRITISH**
*Occupation:*  **COMPANY DIRECTOR**

*Consented to Act:* **Y**        *Date authorised:* **14/07/2015**        *Authenticated:* **YES**

## Statement of Capital   (Share Capital)

| | | | |
|---|---|---|---|
| **Class of shares** | ORDINARY | *Number allotted* | 100 |
| | | *Aggregate nominal value* | 100 |
| *Currency* | GBP | *Amount paid per share* | 0 |
| | | *Amount unpaid per share* | 1 |

*Prescribed particulars*
FULL RIGHTS TO RECEIVE NOTICE OF, ATTEND AND VOTE AT GENERAL MEETINGS. ONE SHARE CARRIES ONE VOTE, AND FULL RIGHTS TO DIVIDENDS AND CAPITAL DISTRIBUTIONS (INCLUDING UPON WINDING UP).

## Statement of Capital   (Totals)

| | | | |
|---|---|---|---|
| *Currency* | GBP | *Total number of shares* | 100 |
| | | *Total aggregate nominal value* | 100 |

# Initial Shareholdings

*Name:* **JAMIE SAMUEL WILSON**

*Address:* ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**ROMSLEY**
**HALESOWEN**
**UNITED KINGDOM**
**B62 0LN**

*Class of share:* **ORDINARY**

*Number of shares:* 100

*Currency:* **GBP**

*Nominal value of each share:* 1

*Amount unpaid:* 1

*Amount paid:* 0

## Statement of Compliance

*I confirm the requirements of the Companies Act 2006 as to registration have been complied with.*

*Name:* **JAMIE SAMUEL WILSON**

*Authenticated:* **YES**

## Authorisation

*Authoriser Designation:* **subscriber**                                    *Authenticated:* **Yes**

COMPANY HAVING A SHARE CAPITAL

MEMORANDUM OF ASSOCIATION

OF

COMMON SENSE HOLDINGS LTD

Each subscriber to this memorandum of association wishes to form a company under the Companies Act 2006 and agrees to become a member of the Company and to take at least one share.

| Name of each subscriber | Authentication by each subscriber |
|---|---|
| JAMIE SAMUEL WILSON | |

Dated 13/07/2015