**EXHIBIT 4**

> **M6M8D4SH Spartacus**
>
> Its in SUSS account
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | Arrow Arrow | | | |
> | KAV59ZFT Silvereagle | | | |
>
> **Status:** Unread
> **Delivered:** 8/4/2016 19:47:02(UTC+0)
>
> 8/4/2016 19:47:06(UTC+0)

Source Extraction:
Legacy (1)

> **Arrow Arrow**
>
> Ok
> **Status:** Sent
>
> 8/4/2016 19:47:13(UTC+0)

Source Extraction:
Legacy (1)

> **Arrow Arrow**
>
> UNEQ
> **Status:** Sent
>
> 8/4/2016 19:47:17(UTC+0)

Source Extraction:
Legacy (1)

> **M6M8D4SH Spartacus**
>
> Yes
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | Arrow Arrow | | | |
> | KAV59ZFT Silvereagle | | | |
>
> **Status:** Unread
> **Delivered:** 8/4/2016 19:47:36(UTC+0)
>
> 8/4/2016 19:47:37(UTC+0)

Source Extraction:
Legacy (1)

> **Arrow Arrow**
>
> Sold 12500 so far
> **Status:** Sent
>
> 8/4/2016 19:52:37(UTC+0)

Source Extraction:
Legacy (1)

> **Arrow Arrow**
>
> ARSN. Working sell 500k @ 0.50 limit. Long 5 million
> **Status:** Sent
>
> 8/5/2016 12:25:14(UTC+0)

Source Extraction:
Legacy (1)

**M6M8D4SH Spartacus**

Yeah baby

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow Arrow KAV59ZFT Silvereagle | | | |

**Status:** Unread
**Delivered:** 8/5/2016 12:28:41(UTC+0)

8/5/2016 12:28:48(UTC+0)

Source Extraction: Legacy (1)

**Arrow Arrow**

ORRP ?

**Status:** Sent

8/5/2016 13:30:40(UTC+0)

Source Extraction: Legacy (1)

**Arrow Arrow**

Long 450k

**Status:** Sent

8/5/2016 13:30:54(UTC+0)

Source Extraction: Legacy (1)

**Arrow Arrow**

ARSN 90k so far

**Status:** Sent

8/5/2016 13:36:11(UTC+0)

Source Extraction: Legacy (1)

**M6M8D4SH Spartacus**

More yet?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow Arrow KAV59ZFT Silvereagle | | | |

**Status:** Unread
**Delivered:** 8/5/2016 13:37:54(UTC+0)

8/5/2016 13:38:12(UTC+0)

Source Extraction: Legacy (1)

**Arrow Arrow**

Yes. Feeding

**Status:** Sent

8/5/2016 13:38:19(UTC+0)

Source Extraction: Legacy (1)

> Arrow Arrow
> 
> Smaller clips
>
> **Status:** Sent
>
> 8/5/2016 13:38:25(UTC+0)

Source Extraction:
Legacy (1)

> M6M8D4SH Spartacus
>
> K
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | Arrow Arrow | | | |
> | KAV59ZFT Silvereagle | | | |
>
> **Status:** Unread
> **Delivered:** 8/5/2016 13:38:35(UTC+0)
>
> 8/5/2016 13:38:36(UTC+0)

Source Extraction:
Legacy (1)

> Arrow Arrow
>
> 100K sold @ avg 0.5049
>
> **Status:** Sent
>
> 8/5/2016 13:55:41(UTC+0)

Source Extraction:
Legacy (1)

> Arrow Arrow
>
> Nothing working
>
> **Status:** Sent
>
> 8/5/2016 13:55:45(UTC+0)

Source Extraction:
Legacy (1)

> M6M8D4SH Spartacus
>
> K
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | Arrow Arrow | | | |
> | KAV59ZFT Silvereagle | | | |
>
> **Status:** Unread
> **Delivered:** 8/5/2016 13:56:05(UTC+0)
>
> 8/5/2016 13:56:07(UTC+0)

Source Extraction:
Legacy (1)

> **M6M8D4SH Spartacus**
>
> Sell 500k arsn at .50
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | Arrow Arrow | | | |
> | KAV59ZFT Silvereagle | | | |
>
> **Status:** Unread
> **Delivered:** 8/5/2016 14:01:02(UTC+0)
>
> 8/5/2016 14:03:29(UTC+0)

Source Extraction:
Legacy (1)

> **Arrow Arrow**
>
> Ok
> **Status:** Sent
>
> 8/5/2016 14:03:32(UTC+0)

Source Extraction:
Legacy (1)

> **M6M8D4SH Spartacus**
>
> Sell 200k orrp at 1.08
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | Arrow Arrow | | | |
> | KAV59ZFT Silvereagle | | | |
>
> **Status:** Unread
> **Delivered:** 8/5/2016 14:06:39(UTC+0)
>
> 8/5/2016 14:07:11(UTC+0)

Source Extraction:
Legacy (1)

> **Arrow Arrow**
>
> Ok
> **Status:** Sent
>
> 8/5/2016 14:07:15(UTC+0)

Source Extraction:
Legacy (1)

> **Arrow Arrow**
>
> ARSN big bid 900k @ 0.495
> **Status:** Sent
>
> 8/5/2016 14:07:48(UTC+0)

Source Extraction:
Legacy (1)

**M6M8D4SH Spartacus**

Sell another 1m arsn at .493

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow Arrow KAV59ZFT Silvereagle | | | |

**Status:** Unread
**Delivered:** 8/5/2016 14:09:44(UTC+0)

8/5/2016 14:14:27(UTC+0)

Source Extraction:
Legacy (1)

**Arrow Arrow**

Ok
**Status:** Sent

8/5/2016 14:14:31(UTC+0)

Source Extraction:
Legacy (1)

**Arrow Arrow**

On
**Status:** Sent

8/5/2016 14:14:32(UTC+0)

Source Extraction:
Legacy (1)

**M6M8D4SH Spartacus**

Using arca now?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow Arrow KAV59ZFT Silvereagle | | | |

**Status:** Unread
**Delivered:** 8/5/2016 14:14:46(UTC+0)

8/5/2016 14:14:47(UTC+0)

Source Extraction:
Legacy (1)

**Arrow Arrow**

Both
**Status:** Sent

8/5/2016 14:15:35(UTC+0)

Source Extraction:
Legacy (1)

**Arrow Arrow**

Guns
**Status:** Sent

8/5/2016 14:15:38(UTC+0)

Source Extraction:
Legacy (1)

> **Arrow Arrow**
> Out
> **Status:** Sent
> 8/5/2016 14:15:40(UTC+0)

Source Extraction:
Legacy (1)

> **M6M8D4SH Spartacus**
> Yeah baby
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | Arrow Arrow | | | |
> | KAV59ZFT Silvereagle | | | |
>
> **Status:** Unread
> **Delivered:** 8/5/2016 14:15:47(UTC+0)
> 8/5/2016 14:15:49(UTC+0)

Source Extraction:
Legacy (1)

> **Arrow Arrow**
> Trigger time
> **Status:** Sent
> 8/5/2016 14:15:50(UTC+0)

Source Extraction:
Legacy (1)

> **Arrow Arrow**
>
> **Status:** Sent
> 8/5/2016 14:15:56(UTC+0)

Source Extraction:
Legacy (1)

> **M6M8D4SH Spartacus**
> We aren't even half way done today
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | Arrow Arrow | | | |
> | KAV59ZFT Silvereagle | | | |
>
> **Status:** Unread
> **Delivered:** 8/5/2016 14:15:57(UTC+0)
> 8/5/2016 14:15:58(UTC+0)

Source Extraction:
Legacy (1)

> **Arrow Arrow**
> ARSN. Sell 500k @ 0.493 working this
> **Status:** Sent
> 8/5/2016 15:13:51(UTC+0)

Source Extraction:
Legacy (1)

**M6M8D4SH Spartacus**

K

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow Arrow | | | |
| KAV59ZFT Silvereagle | | | |

**Status:** Unread
**Delivered:** 8/5/2016 15:14:19(UTC+0)

8/5/2016 15:14:19(UTC+0)

Source Extraction:
Legacy (1)

---

**M6M8D4SH Spartacus**

We using intl now? At .495?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow Arrow | | | |
| KAV59ZFT Silvereagle | | | |

**Status:** Unread
**Delivered:** 8/5/2016 15:15:33(UTC+0)

8/5/2016 15:15:39(UTC+0)

Source Extraction:
Legacy (1)

---

**Arrow Arrow**

Still at 0.495
**Status:** Sent

8/5/2016 15:16:04(UTC+0)

Source Extraction:
Legacy (1)

---

**M6M8D4SH Spartacus**

Its going

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow Arrow | | | |
| KAV59ZFT Silvereagle | | | |

**Status:** Unread
**Delivered:** 8/5/2016 15:26:17(UTC+0)

8/5/2016 15:26:23(UTC+0)

Source Extraction:
Legacy (1)

**M6M8D4SH Spartacus**

493

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow Arrow KAV59ZFT Silvereagle | | | |

**Status:** Unread
**Delivered:** 8/5/2016 15:26:21(UTC+0)

8/5/2016 15:26:23(UTC+0)

Source Extraction:
Legacy (1)

Arrow Arrow
Yes.
**Status:** Sent

8/5/2016 15:26:28(UTC+0)

Source Extraction:
Legacy (1)

Arrow Arrow
Sold another 500k
**Status:** Sent

8/5/2016 15:26:50(UTC+0)

Source Extraction:
Legacy (1)

Arrow Arrow
How much more you need?
**Status:** Sent

8/5/2016 15:26:58(UTC+0)

Source Extraction:
Legacy (1)

Arrow Arrow
Recap.
**Status:** Sent

8/5/2016 15:31:43(UTC+0)

Source Extraction:
Legacy (1)

Arrow Arrow
1,680,042 sold so far @ 0.49+
**Status:** Sent

8/5/2016 15:32:03(UTC+0)

Source Extraction:
Legacy (1)

> **Arrow Arrow**
> Thx
> **Status:** Sent
> 8/5/2016 15:32:35(UTC+0)

Source Extraction:
Legacy (1)

> **Arrow Arrow**
> ARSN. Nothing working.
> **Status:** Sent
> 8/5/2016 15:32:48(UTC+0)

Source Extraction:
Legacy (1)

> **M6M8D4SH Spartacus**
> Nice
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | Arrow Arrow KAV59ZFT Silvereagle | | | |
>
> **Status:** Unread
> **Delivered:** 8/5/2016 15:32:51(UTC+0)
> 8/5/2016 15:32:52(UTC+0)

Source Extraction:
Legacy (1)

> **M6M8D4SH Spartacus**
> More coming
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | Arrow Arrow KAV59ZFT Silvereagle | | | |
>
> **Status:** Unread
> **Delivered:** 8/5/2016 15:32:54(UTC+0)
> 8/5/2016 15:32:55(UTC+0)

Source Extraction:
Legacy (1)

> **Arrow Arrow**
> Oh dear ...
> **Status:** Sent
> 8/5/2016 15:33:11(UTC+0)

Source Extraction:
Legacy (1)

> **M6M8D4SH Spartacus**
>
> Haha
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | Arrow Arrow | | | |
> | KAV59ZFT Silvereagle | | | |
>
> **Status:** Unread
> **Delivered:** 8/5/2016 15:33:20(UTC+0)
>
> 8/5/2016 15:33:21(UTC+0)

Source Extraction:
Legacy (1)

> **Arrow Arrow**
>
> Ready to fire
> **Status:** Sent
>
> 8/5/2016 15:39:43(UTC+0)

Source Extraction:
Legacy (1)

> **Arrow Arrow**
>
> I am able to sell another 500k ARSN today. Then stopped.
> **Status:** Sent
>
> 8/5/2016 16:01:01(UTC+0)

Source Extraction:
Legacy (1)

> **M6M8D4SH Spartacus**
>
> K
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | Arrow Arrow | | | |
> | KAV59ZFT Silvereagle | | | |
>
> **Status:** Unread
> **Delivered:** 8/5/2016 16:10:37(UTC+0)
>
> 8/5/2016 16:10:48(UTC+0)

Source Extraction:
Legacy (1)

> **M6M8D4SH Spartacus**
>
> Lol
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | Arrow Arrow | | | |
> | KAV59ZFT Silvereagle | | | |
>
> **Status:** Unread
> **Delivered:** 8/5/2016 16:10:43(UTC+0)
>
> 8/5/2016 16:10:48(UTC+0)

Source Extraction:
Legacy (1)

**M6M8D4SH Spartacus**

Sell 40k orrp at 1.07

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow Arrow | | | |
| KAV59ZFT Silvereagle | | | |

**Status:** Unread
**Delivered:** 8/5/2016 17:27:29(UTC+0)

8/5/2016 17:27:41(UTC+0)

Source Extraction:
Legacy (1)

---

**Arrow Arrow**

Ok

**Status:** Sent

8/5/2016 17:27:45(UTC+0)

Source Extraction:
Legacy (1)

**Arrow Arrow**

Thx

**Status:** Sent

8/5/2016 17:27:47(UTC+0)

Source Extraction:
Legacy (1)

**Arrow Arrow**

Filled. 40k ORRP.

**Status:** Sent

8/5/2016 17:29:17(UTC+0)

Source Extraction:
Legacy (1)

**Arrow Arrow**

Thx

**Status:** Sent

8/5/2016 17:33:55(UTC+0)

Source Extraction:
Legacy (1)

---

**M6M8D4SH Spartacus**

Sell 55k orrp at 1.03

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow Arrow | | | |
| KAV59ZFT Silvereagle | | | |

**Status:** Unread
**Delivered:** 8/5/2016 18:00:49(UTC+0)

8/5/2016 18:01:10(UTC+0)

Source Extraction:
Legacy (1)

> **Arrow Arrow**
> Ok
> **Status:** Sent
> 8/5/2016 18:01:13(UTC+0)

Source Extraction:
Legacy (1)

> **Arrow Arrow**
> Filled 55k
> **Status:** Sent
> 8/5/2016 18:03:50(UTC+0)

Source Extraction:
Legacy (1)

> **Arrow Arrow**
> sld 295k @ 1.0746
> **Status:** Sent
> 8/5/2016 18:04:16(UTC+0)

Source Extraction:
Legacy (1)

> **Arrow Arrow**
> So far
> **Status:** Sent
> 8/5/2016 18:04:57(UTC+0)

Source Extraction:
Legacy (1)

> **M6M8D4SH Spartacus**
> Wow
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | Arrow Arrow KAV59ZFT Silvereagle | | | |
>
> **Status:** Unread
> **Delivered:** 8/5/2016 18:05:11(UTC+0)
> 8/5/2016 18:05:15(UTC+0)

Source Extraction:
Legacy (1)

> **M6M8D4SH Spartacus**
> TGIF
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | Arrow Arrow KAV59ZFT Silvereagle | | | |
>
> **Status:** Unread
> **Delivered:** 8/5/2016 18:05:18(UTC+0)
> 8/5/2016 18:05:21(UTC+0)

Source Extraction:
Legacy (1)



M6M8D4SH Spartacus

Sell 70k uneq at .25

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow Arrow | | | |
| KAV59ZFT Silvereagle | | | |

**Status:** Unread
**Delivered:** 8/5/2016 18:29:24(UTC+0)

8/5/2016 18:29:38(UTC+0)

Source Extraction:
Legacy (1)

Arrow Arrow

Ok

**Status:** Sent

8/5/2016 18:29:41(UTC+0)

Source Extraction:
Legacy (1)



M6M8D4SH Spartacus

Kick ass friday

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow Arrow | | | |
| KAV59ZFT Silvereagle | | | |

**Status:** Unread
**Delivered:** 8/5/2016 18:30:54(UTC+0)

8/5/2016 18:31:00(UTC+0)

Source Extraction:
Legacy (1)



KAV59ZFT Silvereagle

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow Arrow | | | |
| M6M8D4SH Spartacus | | | |

**Status:** Unread
**Delivered:** 8/5/2016 18:33:45(UTC+0)

8/5/2016 18:35:03(UTC+0)

Source Extraction:
Legacy (1)

> **KAV59ZFT Silvereagle**
>
> UNEQ: 5k done. Want to iceberg Rest or show size?
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | Arrow Arrow | | | |
> | M6M8D4SH Spartacus | | | |
>
> **Status:** Unread
> **Delivered:** 8/5/2016 18:36:20(UTC+0)
>
> 8/5/2016 18:36:21(UTC+0)

Source Extraction:
Legacy (1)

> **KAV59ZFT Silvereagle**
>
> UNEQ sold 70k
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | Arrow Arrow | | | |
> | M6M8D4SH Spartacus | | | |
>
> **Status:** Unread
> **Delivered:** 8/5/2016 18:44:09(UTC+0)
>
> 8/5/2016 18:44:20(UTC+0)

Source Extraction:
Legacy (1)

> **M6M8D4SH Spartacus**
>
> Ty
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | Arrow Arrow | | | |
> | KAV59ZFT Silvereagle | | | |
>
> **Status:** Unread
> **Delivered:** 8/5/2016 18:44:15(UTC+0)
>
> 8/5/2016 18:44:20(UTC+0)

Source Extraction:
Legacy (1)

> **M6M8D4SH Spartacus**
>
> Sell 30k orrp at 1.04
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | Arrow Arrow | | | |
> | KAV59ZFT Silvereagle | | | |
>
> **Status:** Unread
> **Delivered:** 8/5/2016 18:52:48(UTC+0)
>
> 8/5/2016 18:54:10(UTC+0)

Source Extraction:
Legacy (1)

> **Arrow Arrow**
> Thx
> **Status:** Sent
> 8/5/2016 18:54:13(UTC+0)

Source Extraction:
Legacy (1)

> **Arrow Arrow**
> Filled
> **Status:** Sent
> 8/5/2016 18:55:55(UTC+0)

Source Extraction:
Legacy (1)

> **Arrow Arrow**
> ARSN. Sold 100k @ 0.635
> **Status:** Sent
> 8/5/2016 19:24:28(UTC+0)

Source Extraction:
Legacy (1)

> **M6M8D4SH Spartacus**
> Ty
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | Arrow Arrow KAV59ZFT Silvereagle | | | |
>
> **Status:** Unread
> **Delivered:** 8/5/2016 19:27:06(UTC+0)
> 8/5/2016 19:27:10(UTC+0)

Source Extraction:
Legacy (1)

> **M6M8D4SH Spartacus**
> Should have more coming
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | Arrow Arrow KAV59ZFT Silvereagle | | | |
>
> **Status:** Unread
> **Delivered:** 8/5/2016 19:27:12(UTC+0)
> 8/5/2016 19:27:15(UTC+0)

Source Extraction:
Legacy (1)

**M6M8D4SH Spartacus**

2-3 hundred

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow Arrow | | | |
| KAV59ZFT Silvereagle | | | |

**Status:** Unread
**Delivered:** 8/5/2016 19:27:20(UTC+0)

8/5/2016 19:27:21(UTC+0)

Source Extraction:
Legacy (1)

---

**Arrow Arrow**

Able to do another 400k today
**Status:** Sent

8/5/2016 19:27:24(UTC+0)

Source Extraction:
Legacy (1)

---

**Arrow Arrow**

Bring it
**Status:** Sent

8/5/2016 19:27:31(UTC+0)

Source Extraction:
Legacy (1)

---

**M6M8D4SH Spartacus**

Sell 50k uneq at .25

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow Arrow | | | |
| KAV59ZFT Silvereagle | | | |

**Status:** Unread
**Delivered:** 8/5/2016 19:28:35(UTC+0)

8/5/2016 19:28:36(UTC+0)

Source Extraction:
Legacy (1)

---

**Arrow Arrow**

Ok
**Status:** Sent

8/5/2016 19:28:46(UTC+0)

Source Extraction:
Legacy (1)

> **M6M8D4SH Spartacus**
>
> Sell 20k more UNEQ at .25
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | Arrow Arrow | | | |
> | KAV59ZFT Silvereagle | | | |
>
> **Status:** Unread
> **Delivered:** 8/5/2016 19:32:06(UTC+0)
>
> 8/5/2016 19:32:08(UTC+0)

Source Extraction:
Legacy (1)

> **Arrow Arrow**
>
> Filled 50k
> **Status:** Sent
>
> 8/5/2016 19:32:24(UTC+0)

Source Extraction:
Legacy (1)

> **Arrow Arrow**
>
> Working 20k
> **Status:** Sent
>
> 8/5/2016 19:32:30(UTC+0)

Source Extraction:
Legacy (1)

> **M6M8D4SH Spartacus**
>
> this is what u call clicking on all fucking cylinders
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | Arrow Arrow | | | |
> | KAV59ZFT Silvereagle | | | |
>
> **Status:** Unread
> **Delivered:** 8/5/2016 19:32:39(UTC+0)
>
> 8/5/2016 19:32:40(UTC+0)

Source Extraction:
Legacy (1)

> **Arrow Arrow**
>
> My lucky Friday uzi
> **Status:** Sent
>
> 8/5/2016 19:33:06(UTC+0)

Source Extraction:
Legacy (1)