

**EXHIBIT 5**

---

**MV6WNU3M spartacus17**

Huge favor

| Participant | Delivered | Read | Played |
|---|---|---|---|
| SilverWags SilverWags | | | |
| 7AURSV28 Arrow777 | | | |

**Status:** Read
**Read:** 3/13/2017 9:18:13 AM(UTC+0)

3/9/2017 7:31:58 AM(UTC+0)

---

**MV6WNU3M spartacus17**

Grmx docs emailed to u guys by esquire

| Participant | Delivered | Read | Played |
|---|---|---|---|
| SilverWags SilverWags | | | |
| 7AURSV28 Arrow777 | | | |

**Status:** Read
**Read:** 3/13/2017 9:18:13 AM(UTC+0)

3/9/2017 7:31:58 AM(UTC+0)

---

**MV6WNU3M spartacus17**

Can u get action stock the necessary docs to get dwacs in asap please

| Participant | Delivered | Read | Played |
|---|---|---|---|
| SilverWags SilverWags | | | |
| 7AURSV28 Arrow777 | | | |

**Status:** Read
**Read:** 3/13/2017 9:18:13 AM(UTC+0)

3/9/2017 7:31:58 AM(UTC+0)

---

**MV6WNU3M spartacus17**

Urgent so we can have a good month lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| SilverWags SilverWags | | | |
| 7AURSV28 Arrow777 | | | |

**Status:** Read
**Read:** 3/13/2017 9:18:13 AM(UTC+0)

3/9/2017 7:31:58 AM(UTC+0)

> **7AURSV28 Arrow777**
>
> SPRN sold 396,138 @ 0.128
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | MV6WNU3M spartacus17 | | | |
>
> **Status:** Read
> **Read:** 3/13/2017 9:18:13 AM(UTC+0)
>
> 3/13/2017 9:17:01 AM(UTC+0)

> **7AURSV28 Arrow777**
>
> GRMX not in yet
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | MV6WNU3M spartacus17 | | | |
>
> **Status:** Read
> **Read:** 3/13/2017 7:35:17 PM(UTC+0)
>
> 3/13/2017 7:16:44 PM(UTC+0)

> **MV6WNU3M spartacus17**
>
> K
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/13/2017 7:35:17 PM(UTC+0)
>
> 3/13/2017 7:16:44 PM(UTC+0)

> **MV6WNU3M spartacus17**
>
> Ty
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/13/2017 7:35:17 PM(UTC+0)
>
> 3/13/2017 7:16:44 PM(UTC+0)

> **MV6WNU3M spartacus17**
>
> Gm
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/14/2017 6:19:29 AM(UTC+0)
>
> 3/14/2017 6:19:16 AM(UTC+0)

> **MV6WNU3M spartacus17**
>
> So 1.75m grmx cleared today to sil
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/14/2017 6:19:29 AM(UTC+0)
>
> 3/14/2017 6:19:16 AM(UTC+0)

> **MV6WNU3M spartacus17**
>
> 1.75m is at TA in name of Bonita waiting for a sil stock power to be deposited to Hilton - sil
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/14/2017 6:19:29 AM(UTC+0)
>
> 3/14/2017 6:19:16 AM(UTC+0)

> **MV6WNU3M spartacus17**
>
> Another 1.75 in name of hunter Atlantic will be at TA Wednesday to be deposited to riverfall-sil
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/14/2017 6:19:29 AM(UTC+0)
>
> 3/14/2017 6:19:16 AM(UTC+0)

> **MV6WNU3M spartacus17**
>
> Esquire says all docs sent to u by email
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/14/2017 6:19:29 AM(UTC+0)
>
> 3/14/2017 6:19:16 AM(UTC+0)

> **MV6WNU3M spartacus17**
>
> So TA basically needs two stock powers from silverton asap - can u send by FedEx and send instructions via email? This is all for grmx
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/14/2017 6:19:29 AM(UTC+0)
>
> 3/14/2017 6:19:16 AM(UTC+0)

> **MV6WNU3M spartacus17**
>
> Please also do best to have the 1.75 ready to go at open - we gonna drop that shit
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/14/2017 6:19:29 AM(UTC+0)
>
> 3/14/2017 6:19:16 AM(UTC+0)

> **7AURSV28 Arrow777**
>
> Hola , Long 1.75 mil GRMX ready to drop
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | MV6WNU3M spartacus17 | | | |
>
> **Status:** Read
> **Read:** 3/14/2017 6:19:29 AM(UTC+0)
>
> 3/14/2017 6:19:16 AM(UTC+0)

> **MV6WNU3M spartacus17**
>
> Dropping at open yeah baby
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/14/2017 6:19:29 AM(UTC+0)
>
> 3/14/2017 6:19:16 AM(UTC+0)

> **MV6WNU3M spartacus17**
>
> Diga still 3.2?
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/14/2017 6:19:29 AM(UTC+0)
>
> 3/14/2017 6:19:16 AM(UTC+0)

> **7AURSV28 Arrow777**
>
> Those figures not to hand, however I believe nothing changed.
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | MV6WNU3M spartacus17 | | | |
>
> **Status:** Read
> **Read:** 3/14/2017 6:19:29 AM(UTC+0)
>
> 3/14/2017 6:19:16 AM(UTC+0)

> **MV6WNU3M spartacus17**
>
> K good
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/14/2017 6:19:29 AM(UTC+0)
>
> 3/14/2017 6:19:16 AM(UTC+0)

> **MV6WNU3M spartacus17**
>
> Thanks
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/14/2017 6:19:29 AM(UTC+0)
>
> 3/14/2017 6:19:17 AM(UTC+0)

> **MV6WNU3M spartacus17**
>
> Do u know if other two stock powers on way to TA for grmx positions?
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/14/2017 6:19:29 AM(UTC+0)
>
> 3/14/2017 6:19:17 AM(UTC+0)

> **7AURSV28 Arrow777**
>
> I believe one is. My back office boy will be all over Kim like a rash
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | MV6WNU3M spartacus17 | | | |
>
> **Status:** Read
> **Read:** 3/14/2017 6:19:29 AM(UTC+0)
>
> 3/14/2017 6:19:17 AM(UTC+0)

> **MV6WNU3M spartacus17**
>
> Can u get a second one out tomorrow? It's for the hunter - river fall cert
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/14/2017 6:19:29 AM(UTC+0)
>
> 3/14/2017 6:19:17 AM(UTC+0)

6599

**MV6WNU3M spartacus17**

Please

| Participant | Delivered | Read | Played |
|---|---|---|---|
| SilverWags SilverWags | | | |
| 7AURSV28 Arrow777 | | | |

**Status:** Read
**Read:** 3/14/2017 6:19:29 AM(UTC+0)

3/14/2017 6:19:17 AM(UTC+0)

---

**MV6WNU3M spartacus17**

I believe esquire emailed u docs today

| Participant | Delivered | Read | Played |
|---|---|---|---|
| SilverWags SilverWags | | | |
| 7AURSV28 Arrow777 | | | |

**Status:** Read
**Read:** 3/14/2017 6:19:29 AM(UTC+0)

3/14/2017 6:19:17 AM(UTC+0)

---

**MV6WNU3M spartacus17**

That way all in by Friday

| Participant | Delivered | Read | Played |
|---|---|---|---|
| SilverWags SilverWags | | | |
| 7AURSV28 Arrow777 | | | |

**Status:** Read
**Read:** 3/14/2017 6:19:29 AM(UTC+0)

3/14/2017 6:19:17 AM(UTC+0)

---

**7AURSV28 Arrow777**

Emails received with supporting DD. Stock Power will go today.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| SilverWags SilverWags | | | |
| MV6WNU3M spartacus17 | | | |

**Status:** Read
**Read:** 3/14/2017 6:19:29 AM(UTC+0)

3/14/2017 6:19:17 AM(UTC+0)

> **MV6WNU3M spartacus17**
> Thanks brother
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/14/2017 6:19:29 AM(UTC+0)
>
> 3/14/2017 6:19:17 AM(UTC+0)

> **MV6WNU3M spartacus17**
> I want my status back
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/14/2017 6:19:29 AM(UTC+0)
>
> 3/14/2017 6:19:17 AM(UTC+0)

> **MV6WNU3M spartacus17**
> Tomorrow it's mine again lol
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/14/2017 6:19:29 AM(UTC+0)
>
> 3/14/2017 6:19:17 AM(UTC+0)

> **7AURSV28 Arrow777**
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | MV6WNU3M spartacus17 | | | |
>
> **Status:** Read
> **Read:** 3/14/2017 6:19:29 AM(UTC+0)
>
> 3/14/2017 6:19:17 AM(UTC+0)

> **MV6WNU3M spartacus17**
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/14/2017 6:19:29 AM(UTC+0)
>
> 3/14/2017 6:19:17 AM(UTC+0)

> **7AURSV28 Arrow777**
>
> On call
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | MV6WNU3M spartacus17 | | | |
>
> **Status:** Read
> **Read:** 3/15/2017 8:59:18 AM(UTC+0)
>
> 3/14/2017 2:56:19 PM(UTC+0)

> **MV6WNU3M spartacus17**
>
> Sell 25k grmx at .80
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/15/2017 8:59:18 AM(UTC+0)
>
> 3/14/2017 2:56:19 PM(UTC+0)

> **MV6WNU3M spartacus17**
>
> Windows?
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/15/2017 8:59:18 AM(UTC+0)
>
> 3/14/2017 2:56:20 PM(UTC+0)

> **7AURSV28 Arrow777**
>
> Ok
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | MV6WNU3M spartacus17 | | | |
>
> **Status:** Read
> **Read:** 3/15/2017 8:59:18 AM(UTC+0)
>
> 3/14/2017 2:56:20 PM(UTC+0)

> **MV6WNU3M spartacus17**
>
> Sell 50k grmx at .675
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/15/2017 8:59:18 AM(UTC+0)
>
> 3/14/2017 2:56:20 PM(UTC+0)

> **7AURSV28 Arrow777**
>
> Ok
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | MV6WNU3M spartacus17 | | | |
>
> **Status:** Read
> **Read:** 3/15/2017 8:59:18 AM(UTC+0)
>
> 3/14/2017 2:56:20 PM(UTC+0)

> **MV6WNU3M spartacus17**
>
> Filled?
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/15/2017 8:59:18 AM(UTC+0)
>
> 3/14/2017 2:56:20 PM(UTC+0)

> **MV6WNU3M spartacus17**
>
> Sell another 50k grmx at .675
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/15/2017 8:59:18 AM(UTC+0)
>
> 3/14/2017 2:56:20 PM(UTC+0)

> **7AURSV28 Arrow777**
>
> Ok
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | MV6WNU3M spartacus17 | | | |
>
> **Status:** Read
> **Read:** 3/15/2017 8:59:18 AM(UTC+0)
>
> 3/14/2017 2:56:20 PM(UTC+0)

> **7AURSV28 Arrow777**
>
> Filled 50k working 50k
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | MV6WNU3M spartacus17 | | | |
>
> **Status:** Read
> **Read:** 3/15/2017 8:59:18 AM(UTC+0)
>
> 3/14/2017 2:56:20 PM(UTC+0)

> **7AURSV28 Arrow777**
>
> Filled 100k
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | MV6WNU3M spartacus17 | | | |
>
> **Status:** Read
> **Read:** 3/15/2017 8:59:18 AM(UTC+0)
>
> 3/14/2017 2:56:21 PM(UTC+0)

> **MV6WNU3M spartacus17**
>
> Going slow
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/15/2017 8:59:18 AM(UTC+0)
>
> 3/14/2017 2:56:21 PM(UTC+0)

> **MV6WNU3M spartacus17**
>
> Sell 60k grmx at .66
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/15/2017 8:59:18 AM(UTC+0)
>
> 3/14/2017 2:56:22 PM(UTC+0)

> **7AURSV28 Arrow777**
>
> Ok
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | MV6WNU3M spartacus17 | | | |
>
> **Status:** Read
> **Read:** 3/15/2017 8:59:18 AM(UTC+0)
>
> 3/14/2017 2:56:22 PM(UTC+0)

> **MV6WNU3M spartacus17**
>
> Filled?
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/15/2017 8:59:18 AM(UTC+0)
>
> 3/14/2017 2:56:22 PM(UTC+0)

**7AURSV28 Arrow777**

Asking

| Participant | Delivered | Read | Played |
|---|---|---|---|
| SilverWags SilverWags | | | |
| MV6WNU3M spartacus17 | | | |

**Status:** Read
**Read:** 3/15/2017 8:59:18 AM(UTC+0)

3/14/2017 2:56:22 PM(UTC+0)

---

**7AURSV28 Arrow777**

Filled 60k. 160k OTD

| Participant | Delivered | Read | Played |
|---|---|---|---|
| SilverWags SilverWags | | | |
| MV6WNU3M spartacus17 | | | |

**Status:** Read
**Read:** 3/15/2017 8:59:18 AM(UTC+0)

3/14/2017 2:56:22 PM(UTC+0)

---

**MV6WNU3M spartacus17**

Can I turn this up now? Jeje

| Participant | Delivered | Read | Played |
|---|---|---|---|
| SilverWags SilverWags | | | |
| 7AURSV28 Arrow777 | | | |

**Status:** Read
**Read:** 3/15/2017 8:59:18 AM(UTC+0)

3/14/2017 2:56:22 PM(UTC+0)

---

**MV6WNU3M spartacus17**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| SilverWags SilverWags | | | |
| 7AURSV28 Arrow777 | | | |

**Status:** Read
**Read:** 3/15/2017 8:59:18 AM(UTC+0)

3/14/2017 2:56:22 PM(UTC+0)

**MV6WNU3M spartacus17**

Sell 185k at .66 grmx

| Participant | Delivered | Read | Played |
|---|---|---|---|
| SilverWags SilverWags | | | |
| 7AURSV28 Arrow777 | | | |

**Status:** Read
**Read:** 3/15/2017 8:59:18 AM(UTC+0)

3/14/2017 2:56:22 PM(UTC+0)

---

**7AURSV28 Arrow777**

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| SilverWags SilverWags | | | |
| MV6WNU3M spartacus17 | | | |

**Status:** Read
**Read:** 3/15/2017 8:59:18 AM(UTC+0)

3/14/2017 2:56:23 PM(UTC+0)

---

**MV6WNU3M spartacus17**

Sell 150k grmx at .657

| Participant | Delivered | Read | Played |
|---|---|---|---|
| SilverWags SilverWags | | | |
| 7AURSV28 Arrow777 | | | |

**Status:** Read
**Read:** 3/15/2017 8:59:18 AM(UTC+0)

3/14/2017 2:56:23 PM(UTC+0)

---

**7AURSV28 Arrow777**

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| SilverWags SilverWags | | | |
| MV6WNU3M spartacus17 | | | |

**Status:** Read
**Read:** 3/15/2017 8:59:18 AM(UTC+0)

3/14/2017 2:56:23 PM(UTC+0)

### 7AURSV28 Arrow777

**Filled**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| SilverWags SilverWags | | | |
| MV6WNU3M spartacus17 | | | |

**Status:** Read
**Read:** 3/15/2017 8:59:18 AM(UTC+0)

3/14/2017 2:56:23 PM(UTC+0)

---

### 7AURSV28 Arrow777

**495k OTD**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| SilverWags SilverWags | | | |
| MV6WNU3M spartacus17 | | | |

**Status:** Read
**Read:** 3/15/2017 8:59:18 AM(UTC+0)

3/14/2017 2:56:23 PM(UTC+0)

---

### MV6WNU3M spartacus17

**Ty**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| SilverWags SilverWags | | | |
| 7AURSV28 Arrow777 | | | |

**Status:** Read
**Read:** 3/15/2017 8:59:18 AM(UTC+0)

3/14/2017 2:56:23 PM(UTC+0)

---

### MV6WNU3M spartacus17

**Sell 100k at .656 grmx**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| SilverWags SilverWags | | | |
| 7AURSV28 Arrow777 | | | |

**Status:** Read
**Read:** 3/15/2017 8:59:18 AM(UTC+0)

3/14/2017 2:56:23 PM(UTC+0)

> **MV6WNU3M spartacus17**
>
> Make it 175k grmx at .656
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/15/2017 8:59:18 AM(UTC+0)
>
> 3/14/2017 2:56:23 PM(UTC+0)

> **7AURSV28 Arrow777**
>
> Ok
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | MV6WNU3M spartacus17 | | | |
>
> **Status:** Read
> **Read:** 3/15/2017 8:59:18 AM(UTC+0)
>
> 3/14/2017 2:56:23 PM(UTC+0)

> **7AURSV28 Arrow777**
>
> Then we rest
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | MV6WNU3M spartacus17 | | | |
>
> **Status:** Read
> **Read:** 3/15/2017 8:59:18 AM(UTC+0)
>
> 3/14/2017 2:56:24 PM(UTC+0)

> **MV6WNU3M spartacus17**
>
> K
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/15/2017 8:59:18 AM(UTC+0)
>
> 3/14/2017 2:56:24 PM(UTC+0)

> **7AURSV28 Arrow777**
>
> Filled 175k
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | MV6WNU3M spartacus17 | | | |
>
> **Status:** Read
> **Read:** 3/15/2017 8:59:18 AM(UTC+0)
>
> 3/14/2017 2:56:24 PM(UTC+0)

> **MV6WNU3M spartacus17**
>
> Nice
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/15/2017 8:59:18 AM(UTC+0)
>
> 3/14/2017 2:56:24 PM(UTC+0)

> **MV6WNU3M spartacus17**
>
> Totals so far?
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/15/2017 8:59:18 AM(UTC+0)
>
> 3/14/2017 2:56:24 PM(UTC+0)

> **7AURSV28 Arrow777**
>
> 670k
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | MV6WNU3M spartacus17 | | | |
>
> **Status:** Read
> **Read:** 3/15/2017 8:59:18 AM(UTC+0)
>
> 3/14/2017 2:56:24 PM(UTC+0)

> **MV6WNU3M spartacus17**
>
> Can u take the remaining 3.2m grmx?
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/23/2017 8:19:28 PM(UTC+0)
>
> 3/23/2017 8:19:18 PM(UTC+0)

> **7AURSV28 Arrow777**
>
> Sure. Feed me
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | MV6WNU3M spartacus17 | | | |
>
> **Status:** Read
> **Read:** 3/23/2017 8:19:28 PM(UTC+0)
>
> 3/23/2017 8:19:18 PM(UTC+0)

> **MV6WNU3M spartacus17**
>
> Yo
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/24/2017 2:54:37 PM(UTC+0)
>
> 3/24/2017 2:54:34 PM(UTC+0)

> **MV6WNU3M spartacus17**
>
> Buy 125 k grmx at 1.38
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | SilverWags SilverWags | | | |
> | 7AURSV28 Arrow777 | | | |
>
> **Status:** Read
> **Read:** 3/24/2017 2:54:37 PM(UTC+0)
>
> 3/24/2017 2:54:35 PM(UTC+0)