# CERTIFICATE
# ATTESTATION



**EXHIBIT A**

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
1.   *que la demande a été exécutée*
- the (date)
- *le (date)*
- at (place, street, number)
- *à (localité, rue numéro)*

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

    [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a)  *selon les formes légales (article 5, alinéa premier, lettre a).*

    [ ]  (b)  in accordance with the following particular method*:
         b)  *selon la forme particulière suivante:*

    [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
         c)  *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

    **(identity and description of person)**
    *(identité et qualité de la personne)*

- **relationship to the addressee (family, business or other):**
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*

2)   that the document has not been served, by reason of the following facts*:
2.   *que la demande n'a pas été exécutée, en raison des faits suivants:*

On or about September 8th, 2021 at 1141 hours Deputy Sheriff Prasad of the British Columbia Sheriff Service attended the service address 13775 22A Street Surrey, BC Canada. I spoke to a female occupant of the residence who stated Amar BAHADOORSINGH was in Europe doing business and had not lived at the address in 18 months. A phone number for BAHADOORSINGH was provided and DS Prasad called 1-646-484-8108 and left a voice message. BAHADOORSINGH called back immediately and stated that he was not in the country and did not have council in Canada to accept service. BAHADOORSINGH stated he is not expected back in Canada anytime soon to arrange service. This document is being returned not served as it is believed that Amar BAHADOORSINGH no longer residing in Canada.

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annex**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

**\*Delete if inappropriate.**
***Rayer les mentions inutiles.***

Done at Vancouver, British Columbia, CANADA, the     September 9, 2021
Fait à _____ , le _____

**Signature and/or stamp.**
*Signature et/ou cachet.*



**BRITISH COLUMBIA SHERIFF SERVICE**
**99 – 800 HORNBY STREET**
Vancouver, British Columbia, Canada
V6Z 2C5

T: (604) 660-7811
F: (604) 660-7050

_____
Deputy Sheriff Raymond Prasad #2212