# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE COMMISSION

*Plaintiff*

v.

**LUIS JIMENEZ CARRILLO, ET AL.**

*Defendant*

Civil Action No.:
**1:21−CV−11272−WGY**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   AMAR BAHADOORSINGH
ab@blcap.com, amarbaha@gmail.com,
bolttours@gmail.com, oxfordadvisorsltd@gmail.com,
successzone@yandex.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −−− or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −−− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

  **/s/ − Sherry Jones**

*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2021−08−04 14:00:09**, Clerk USDC DMA

Civil Action No.: **1:21−CV−11272−WGY**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Amar Bahadoorsingh

was received by me on (date) November 10, 2021.

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) : Pursuant to the Court Order, issued on November 10, 2021, authorizing service by alternative means (Dkt #20), the Summons, and Complaint were emailed to ab@blcap.com; amarbaha@gmail.com; bolttours@gmail.com; oxfordadvisorsltd@gmail.com; and successzone@yandex.com

My fees are $ _____ for travel and $_____ for services, for a total of $ 0.00_____.

I declare under penalty of perjury that this information is true.

November 10, 2021
*Date*

*Sheila A. D'Entremont*
*Server's Signature*

Sheila A. D'Entremont, Paralegal
*Printed name and title*

33 Arch St, 24th Floor, Boston MA 02110
*Server's Address*

Additional information regarding attempted service, etc: